FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 15 2023

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## United States District Court
### Eastern District of Washington

Jennifer Laitinen, Edward

_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

For mer President Donald J
Trump

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section I. Do not include
addresses here.)*

Case No. 2:23-cv-00332-JAG
(To be filled out by Clerk's
Office only)

## COMPLAINT

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

If this is an employment discrimination claim or social security claim, please use a different form.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Page **1** of **8**

## I.    PARTIES IN THIS COMPLAINT

**Plaintiff**

*List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.*

Plaintiff:    Laitinen Jennifer E
_____
Name (Last, First, MI)

2820 N Cherry St. Apt C100
_____
Street Address

SpokaneValley          WA          99216
_____
County, City                State          Zip Code

509-879-2559
_____
Telephone Number

**Defendant(s)**

*List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    Donald Trump
_____
Name (Last, First)

1100 South ocean boulevard
_____
Street Address

Palm beach       Florida       33480
_____
County, City             State          Zip Code

Defendant 2:    _____
Name (Last, First)

_____
Street Address

_____
County, City             State          Zip Code

**Defendant(s) Continued**

Defendant 3: _____

Name (Last, First)

_____

Street Address

_____

County, City                State              Zip Code

Defendant 4: _____

Name (Last, First)

_____

Street Address

_____

County, City                State              Zip Code

## II.    BASIS FOR JURISDICTION

*Check the option that best describes the basis for jurisdiction in your case:*

☐ **U.S. Government Defendant:** United States or a federal official or agency is a defendant.

☐ **Diversity of Citizenship:** A matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000.

☑ **Federal Question:** Claim arises under the Constitution, laws, or treaties of the United States.

If you chose "Federal Question", state which of your federal constitutional or federal statutory rights have been violated.

_____

_____

_____

_____

## III.    VENUE

*This court can hear cases arising out of the Eastern District of Washington.*

*Under 28 U.S.C § 1391, this is the right court to file your lawsuit if: (1) All defendants live in this state AND at least one of the defendants lives in this district; OR (2) A substantial part of the events you are suing about happened in this district; OR (3) A substantial part of the property that you are suing about is located in this district; OR (4) You are suing the U.S. government or a federal agency or official in their official capacities and you live in this district. Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because:

~~because~~ This is a Washington State / US State Voting / Election issue

## IV.    STATEMENT OF CLAIM

Place(s) of occurrence:    Washington State

Date(s) of occurrence:

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions.*

**FACTS:**

What happened to you?

Mr. Donald J Trump was the 45th President of the United States. On January 6, 2021 at a rally the former president address a crowd, he suggested during a hour long speech that the crowd march to the capital.

he Told the crowd he would be with them To demand That congress only couns the electors who have been Lawfully Slated he Tells the crowds To Peacefully and Patriotically make your voices heard at The end of his speech he Told the crowd To fight and To fight like hell and if you dont you wont have a country any more. it took all day for him To send aid. even his Fellow Rebublicans and dems ask for his help inciuding his V.P. which they didnt go home until Trump posted a video To do So.

Was anyone else involved?

Under RCW 29A.68.020 subsection 2 ~~eligible~~ Not eligible, because of The fourteeth Amendment of the united State section 3 barrs him form office becausehe participated in The Januray 6th election To over turn The election because he thinks it was Stolen from him

Who did
what?

## V.    INJURIES

*If you sustained injuries related to the events alleged above, describe them here.*

_____

_____

_____

_____

_____

## VI.    RELIEF

The relief I want the court to order is:

☐    Money damages in the amount of:  $_____

☑    Other (explain):

I'm asking the court To remove him from all ballots her in washington state

## VII.    CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

11/14/2023
Dated

Plaintiff's Signature

Laitinew Jennifer E
Printed Name (Last, First, MI)

2820 Newerry St    Spokanevhlleywa    99216
Address    City    State    Zip Code

509-879-2559
Telephone Number

*List the same information for any additional plaintiffs named. Attach additional sheets of paper as necessary.*